UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

DONNA RENEE DALY
    Plaintiff,

v.

CARL SKELTON, ET AL.
    Defendants.

No. 1 06 0048
Judge Campbell

### O R D E R

The Court has before it a *pro se* civil rights complaint under 42 U.S.C. § 1983 and an application to proceed in forma pauperis.

It appears from the application that the plaintiff lacks sufficient financial resources from which to pay for the filing of the complaint. Therefore, the Clerk will file the complaint in forma pauperis. 28 U.S.C. § 1915(a).

In accordance with the Memorandum contemporaneously entered, the plaintiff has failed to state a timely claim upon which relief can be granted. Consequently, this action is hereby DISMISSED. 28 U.S.C. § 1915(e)(2).

Since the complaint is not timely, an appeal of this order and the judgment rendered herein would not be taken in good faith. Coppedge v. United States, 369 U.S. 438, 445-446, 82 S.Ct. 917, 921, 8 L.Ed.2d 21 (1962). Therefore, the plaintiff is NOT certified to pursue an appeal of this judgment in forma pauperis. 28 U.S.C. § 1915(a)(3).

It is so ORDERED.

*Todd Campbell* (signature)

Todd Campbell
United States District Judge